IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES HORACE ROGERS,<br>        Plaintiff,<br><br>        v.<br><br>SCI PITTSBURGH, et al,<br>        Defendants. | C.A. No. 14-24 Pittsburgh |

## **MEMORANDUM ORDER**

This prisoner civil rights action was received by the Clerk of Court on January 6, 2014, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on June 27, 2013, recommended that this case be dismissed for Plaintiff's failure to prosecute. Service was made on Plaintiff by mail at SCI Albion, where he is incarcerated. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 22ND Day of July, 2014;

IT IS HEREBY ORDERED that this case is DISMISSED for Plaintiff's failure to prosecute.

The report and recommendation of Magistrate Judge Baxter, dated June 27, 2014, is adopted as the opinion of the court.

s/Nora Barry Fischer
NORA BARRY FISCHER
United States District Judge

Cc/efc:  Susan Paradise Baxter
U.S. Magistrate Judge

All parties of record

James Horace Rogers
FE-9381
SCI Albion
Unit/Side – A/B
10745 Route 18
Albion, PA 16475-0002